June 26, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
RAIO Humanitarian Affairs Branch (HAB)
999 North Capitol St., NE, Mailstop #2295
Washington, DC 20529

AMINULLAH NOORI NOORI
757 MAIN ST, APT. 403
W SPRINGFIELD, MA 01089



**U.S. Citizenship and Immigration Services**



IOE0914414313



A231-892-830

RE: HAFASA TEMORY
I-131, Application for Travel Document

## **REQUEST FOR ADDITIONAL EVIDENCE**

This responds to your application received in this office on December 3, 2021 for a favorable exercise of parole authority by the Secretary of Homeland Security on behalf of:

| | |
|---|---|
| Beneficiary's Name: | HAFASA TEMORY |
| Date of Birth: | December 29, 2005 |
| Country of Birth: | Afghanistan |
| A-Number: | A231892830 |

At this time, we do not have enough information to reach a decision on your application. In order to adjudicate your application, you will need to submit the following documents:

- Legible copies of the income tax forms for the financial supporter, Aminullah Noori, submitted to the United States Internal Revenue Service (IRS) for the years 2021 and 2022 to show annual income, or other more recent evidence of ability to financially support the beneficiary while in the United States, including corresponding IRS transcripts.

- Civil documents to establish the uncle-niece relationship between Hafasa Temory and Aminullah Noori, and the parent/child relationship between Hafasa Temory and Ahmad Farid Temory, and any other close family relationships the beneficiary may have with a U.S. resident. If you are unable to obtain civil documents, you must submit a statement explaining why you are unable to obtain the requested evidence. Civil documents may consist of the following:

    o A copy of the Tazkera (National Identity Document) for each individual;

    o A copy of the Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where Hafasa Temory was born that lists the name(s) of her parent(s);

    o Other government records for Hafasa Temory listing the name(s) of her parent(s);

    o Religious, medical, or school records for Hafasa Temory listing the name(s) of her parent(s);

    o Affidavits (sworn statements) from two or more individuals who are not parties to the

parole request and who have direct personal knowledge of the relationships. The most persuasive statements will include:

- ☐ The full name and address of the affiant;
- ☐ The date and place of birth of the affiant;
- ☐ The relationship between the affiant and the parties to the parole request;
- ☐ Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
- ☐ Complete details concerning how the affiant acquired knowledge of the event(s);
- ☐ Any other evidence you feel establishes the relationship.
- ☐ Identity documents demonstrating the immigration status of any other relatives that the beneficiary may have currently residing in the United States.

- A copy of the identity page of a current valid passport issued to the beneficiary, Hafasa Temory, or an explanation as to why this document cannot be submitted.
- A current email address, phone number and physical address for Hafasa Temory, in her country of residence.



Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document and that the translation is true and accurate to the best of the translator's abilities.  **Also, please ensure that the documents you are providing are clear and readable.**

You may submit your response online using your myUSCIS account. You can add paper-filed applications, including your parole case, to your account to view case status and history, send secure messages, view notices, upload additional evidence, and respond to Requests for Evidence. For more information and to create or sign into your myUSCIS account, please visit my.uscis.gov. You may also submit your response by mail to the address below:

RAIO Humanitarian Affairs Branch
999 North Capitol Street, NE
Mailstop 2295
Washington, DC  20529-2295

Pursuant to 8 C.F.R. 103.2(b)(8)(iv), you are afforded 84 days from the date of this notice to respond to this request. Additionally, when USCIS serves a notice by mail, three (3) days are added to the prescribed period in which to respond. Your response is due by September 21, 2023. If you do not submit the requested evidence within the required time, your request may be denied.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. Please include a copy of this notice with your response. 8 CFR 103.2(b)(11).

If you have other questions, please visit our web site at www.uscis.gov/contactcenter.

Sincerely,

John (Wally) Bird
Branch Chief



June 26, 2023

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
RAIO Humanitarian Affairs Branch (HAB)
999 North Capitol St., NE, Mailstop #2295
Washington, DC 20529

AMINULLAH NOORI
757 MAIN ST, APT. 403
W SPRINGFIELD, MA 01089-3944



**U.S. Citizenship and Immigration Services**



IOE0914414314



A231-893-254

RE: GULL DANA WARDAK
I-131, Application for Travel Document



# **REQUEST FOR ADDITIONAL EVIDENCE**

This responds to your application received in this office on December 3, 2021 for a favorable exercise of parole authority by the Secretary of Homeland Security on behalf of:

| | |
|---|---|
| Beneficiary's Name: | GULL DANA WARDAK |
| Date of Birth: | January 1, 1951 |
| Country of Birth: | Afghanistan |
| A-Number: | A231893254 |

At this time, we do not have enough information to reach a decision on your application. In order to adjudicate your application, you will need to submit the following documents:

- Legible copies of the income tax forms for the financial supporter, Aminullah Noori, submitted to the United States Internal Revenue Service (IRS) for the years 2021 and 2022 to show annual income, or other more recent evidence of ability to financially support the beneficiary while in the United States, including corresponding IRS transcripts.

- Civil documents to establish the mother-in-law relationship between Gull Dana Wardak and Aminullah Noori, and the parent/child relationship between Gull Dana Wardak and Ahmad Farid Temory, and any other close family relationships the beneficiary may have with a U.S. resident. If you are unable to obtain civil documents, you must submit a statement explaining why you are unable to obtain the requested evidence. Civil documents may consist of the following:
    - A copy of the Tazkera (National Identity Document) for each individual;
    - A copy of the Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where Ahmad Farid Temory was born that lists the name(s) of his parent(s);
    - Other government records for Ahmad Farid Temory listing the name(s) of his parent(s);
    - Religious, medical, or school records for Ahmad Farid Temory listing the name(s) of his parent(s);

- Affidavits (sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of the relationships. The most persuasive statements will include:
  - The full name and address of the affiant;
  - The date and place of birth of the affiant;
  - The relationship between the affiant and the parties to the parole request;
  - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
  - Complete details concerning how the affiant acquired knowledge of the event(s);
  - Any other evidence you feel establishes the relationship.

- Identity documents demonstrating the immigration status of any other relatives that the beneficiary may have currently residing in the United States.

- A copy of the identity page of a current valid passport issued to the beneficiary, Gull Dana Wardak, or an explanation as to why this document cannot be submitted.

- A current email address, phone number and physical address for Gull Dana Wardak, in her country of residence.



Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

You may submit your response online using your myUSCIS account. You can add paper-filed applications, including your parole case, to your account to view case status and history, send secure messages, view notices, upload additional evidence, and respond to Requests for Evidence. For more information and to create or sign into your myUSCIS account, please visit my.uscis.gov. You may also submit your response by mail to the address below:

RAIO Humanitarian Affairs Branch
999 North Capitol Street, NE
Mailstop 2295
Washington, DC  20529-2295

Pursuant to 8 C.F.R. 103.2(b)(8)(iv), you are afforded 84 days from the date of this notice to respond to this request. Additionally, when USCIS serves a notice by mail, three (3) days are added to the prescribed period in which to respond. Your response is due by September 21, 2023. If you do not submit the requested evidence within the required time, your request may be denied.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. Please include a copy of this notice with your response. 8 CFR 103.2(b)(11).

If you have other questions, please visit our web site at www.uscis.gov/contactcenter.

Sincerely,

John (Wally) Bird
Branch Chief

June 26, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
RAIO Humanitarian Affairs Branch (HAB)
999 North Capitol St., NE, Mailstop #2295
Washington, DC 20529

AMINULLAH NOORI
757 MAIN ST, APT. 403
W SPRINGFIELD, MA 01089



**U.S. Citizenship and Immigration Services**



IOE0914414315



A231-893-196

RE: YASAMIN TEMORI
I-131, Application for Travel Document

## **REQUEST FOR ADDITIONAL EVIDENCE**

This responds to your application received in this office on December 3, 2021 for a favorable exercise of parole authority by the Secretary of Homeland Security on behalf of:

| | |
|---|---|
| Beneficiary's Name: | YASAMIN TEMORI |
| Date of Birth: | February 6, 2000 |
| Country of Birth: | Afghanistan |
| A-Number: | A231893196 |

At this time, we do not have enough information to reach a decision on your application. In order to adjudicate your application, you will need to submit the following documents:

- Legible copies of the income tax forms for the financial supporter, Aminullah Noori, submitted to the United States Internal Revenue Service (IRS) for the years 2021 and 2022 to show annual income, or other more recent evidence of ability to financially support the beneficiary while in the United States, including corresponding IRS transcripts.

- Civil documents to establish the uncle-niece relationship between Yasamin Temori and Aminullah Noori, and the parent/child relationship between Yasamin Temori and Ahmad Farid Temory, and any other close family relationships the beneficiary may have with a U.S. resident. If you are unable to obtain civil documents, you must submit a statement explaining why you are unable to obtain the requested evidence. Civil documents may consist of the following:

    ○ A copy of the Tazkera (National Identity Document) for each individual;

    ○ A copy of the Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where Yasamin Temori was born that lists the name(s) of her parent(s);

    ○ Other government records for Yasamin Temori listing the name(s) of her parent(s);

    ○ Religious, medical, or school records for Yasamin Temori listing the name(s) of her parent(s);

    ○ Affidavits (sworn statements) from two or more individuals who are not parties to the

parole request and who have direct personal knowledge of the relationships. The most persuasive statements will include:

- The full name and address of the affiant;

- The date and place of birth of the affiant;

- The relationship between the affiant and the parties to the parole request;

- Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and

- Complete details concerning how the affiant acquired knowledge of the event(s);

- Any other evidence you feel establishes the relationship.

- Identity documents demonstrating the immigration status of any other relatives that the beneficiary may have currently residing in the United States.

- A copy of the identity page of a current valid passport issued to the beneficiary, Yasamin Temori, or an explanation as to why this document cannot be submitted.

- A current email address, phone number and physical address for Yasamin Temori, in her country of residence.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

You may submit your response online using your myUSCIS account. You can add paper-filed applications, including your parole case, to your account to view case status and history, send secure messages, view notices, upload additional evidence, and respond to Requests for Evidence. For more information and to create or sign into your myUSCIS account, please visit my.uscis.gov. You may also submit your response by mail to the address below:

RAIO Humanitarian Affairs Branch
999 North Capitol Street, NE
Mailstop 2295
Washington, DC  20529-2295

Pursuant to 8 C.F.R. 103.2(b)(8)(iv), you are afforded 84 days from the date of this notice to respond to this request. Additionally, when USCIS serves a notice by mail, three (3) days are added to the prescribed period in which to respond. Your response is due by September 21, 2023. If you do not submit the requested evidence within the required time, your request may be denied.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. Please include a copy of this notice with your response. 8 CFR 103.2(b)(11).

If you have other questions, please visit our web site at www.uscis.gov/contactcenter.



Sincerely,

John (Wally) Bird
Branch Chief

June 26, 2023

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
RAIO Humanitarian Affairs Branch (HAB)
999 North Capitol St., NE, Mailstop #2295
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

AMINULLAH NOORI
757 MAIN ST APT. 403
W SPRINGFIELD, MA 01089



IOE0914414316

RE: MAHBOBA HASSAN ZAI
I-131, Application for Travel Document



A231-893-278

## **REQUEST FOR ADDITIONAL EVIDENCE**

This responds to your application received in this office on December 3, 2021 for a favorable exercise of parole authority by the Secretary of Homeland Security on behalf of:

| | |
|---|---|
| Beneficiary's Name: | MAHBOBA HASSAN ZAI |
| Date of Birth: | July 27, 1974 |
| Country of Birth: | Afghanistan |
| A-Number: | A231893278 |

At this time, we do not have enough information to reach a decision on your application. In order to adjudicate your application, you will need to submit the following documents:

- Legible copies of the income tax forms for the financial supporter, Aminullah Noori, submitted to the United States Internal Revenue Service (IRS) for the years 2021 and 2022 to show annual income, or other more recent evidence of ability to financially support the beneficiary while in the United States, including corresponding IRS transcripts.

- Civil documents to establish the sister-in-law relationship between Mahboba Hassan Zai and Aminullah Noori, and the marital relationship between Mahboba Hassan Zai and Ahmad Farid Temory, and any other close family relationships the beneficiary may have with a U.S. resident. If you are unable to obtain civil documents, you must submit a statement explaining why you are unable to obtain the requested evidence. Civil documents may consist of the following:

    o A copy of the Tazkera (National Identity Document) for each individual;

    o A copy of the Nekah Khat or Sharaei Waseqa Khat (marriage record) establishing a marital relationship;

    o Other government records establishing a marital relationship between Mahboba Hassan Zai and Ahmad Farid Temory;

    o A copy of the Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where any shared children were born that lists the name(s) of the parent(s);

- Religious, medical, or school records for any shared children listing the name(s) of their parent(s);

- Affidavits (sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of the relationships. The most persuasive statements will include:
    - The full name and address of the affiant;
    - The date and place of birth of the affiant;
    - The relationship between the affiant and the parties to the parole request;
    - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
    - Complete details concerning how the affiant acquired knowledge of the event(s);
    - Any other evidence you feel establishes the relationship.
    - Identity documents demonstrating the immigration status of any other relatives that the beneficiary may have currently residing in the United States.

- A copy of the identity page of a current valid passport issued to the beneficiary, Mahboba Hassan Zai, or an explanation as to why this document cannot be submitted.
- A current email address, phone number and physical address for Mahboba Hassan Zai.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

You may submit your response online using your myUSCIS account. You can add paper-filed applications, including your parole case, to your account to view case status and history, send secure messages, view notices, upload additional evidence, and respond to Requests for Evidence. For more information and to create or sign into your myUSCIS account, please visit my.uscis.gov. You may also submit your response by mail to the address below:

RAIO Humanitarian Affairs Branch
999 North Capitol Street, NE
Mailstop 2295
Washington, DC  20529-2295

Pursuant to 8 C.F.R. 103.2(b)(8)(iv), you are afforded 84 days from the date of this notice to respond to this request. Additionally, when USCIS serves a notice by mail, three (3) days are added to the prescribed period in which to respond. Your response is due by September 21, 2023. If you do not submit the requested evidence within the required time, your request may be denied.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. Please include a copy of this notice with your response. 8 CFR 103.2(b)(11).



If you have other questions, please visit our web site at www.uscis.gov/contactcenter.

Sincerely,

John (Wally) Bird
Branch Chief

June 26, 2023



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
RAIO Humanitarian Affairs Branch (HAB)
999 North Capitol St., NE, Mailstop #2295
Washington, DC 20529

U.S. Citizenship and Immigration Services

AMINULLAH NOORI
757 MAIN ST APT 403
W SPRINGFIELD, MA 01089


IOE0914447783

RE: ABDUL WAKIL TIMORI
I-131, Application for Travel Document


A231-902-757



## REQUEST FOR ADDITIONAL EVIDENCE

This responds to your application received in this office on December 6, 2021 for a favorable exercise of parole authority by the Secretary of Homeland Security on behalf of:

| | |
|---|---|
| Beneficiary's Name: | ABDUL WAKIL TIMORI |
| Date of Birth: | June 10, 1977 |
| Country of Birth: | Afghanistan |
| A-Number: | A231902757 |

At this time, we do not have enough information to reach a decision on your application. In order to adjudicate your application, you will need to submit the following documents:

- Legible copies of the income tax forms for the financial supporter, Aminullah Noori, submitted to the United States Internal Revenue Service (IRS) for the years 2021 and 2022 to show annual income, or other more recent evidence of ability to financially support the beneficiary while in the United States, including corresponding IRS transcripts.

- Civil documents to establish the sibling in-law relationship between Abdul Wakil Timori and Aminullah Noori; as well as the sibling relationship between Abdul Wakil Timori and Ahmad Farid Temory, and any other close family relationships the beneficiary may have with a U.S. resident. If you are unable to obtain civil documents, you must submit a statement explaining why you are unable to obtain the requested evidence. Civil documents may consist of the following:
    - A copy of the Tazkera (National Identity Document) for each individual;
    - A copy of the Nekah Khat or Sharaei Waseqa Khat (marriage record) establishing a marital relationship that serves as a basis for the in-law relationship;
    - A copy of the Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where any siblings were born that lists the name(s) of the parent(s), evidencing shared parents;
    - Any other document issued by a government that establishes a relationship between in-laws;
    - Affidavits (sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of the relationship. The most persuasive statements will include:
        - The full name and address of the affiant;
        - The date and place of birth of the affiant;
        - The relationship between the affiant and the parties to the parole request;
        - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
        - Complete details concerning how the affiant acquired knowledge of the event(s);
        - Any other evidence you feel establishes the relationship.
    - Identity documents demonstrating the immigration status of any other relatives that the beneficiary may have currently residing in the United States.

- A written update on Abdul Wakil's Timori's application for a Special Immigrant Visa based on a Chief of Mission (COM) employment verification and approval. An employment verification letter for Abdul Wakil Timori addressed to COM was submitted with the current parole request. Also, please provide any additional documents that Abdul Wakil Timori may have received from

USCIS or the Department of State regarding the status of this request.

- A written update on Abdul Wakil Timori's referral for refugee status through the P2 referral program. A referral document was submitted with this parole request. Also, please provide documentation for any pending refugee applications or other immigration benefits for Abdul Wakil Timori.

- A copy of the identity page of a current valid passport issued to the beneficiary, Abdul Wakil Timori, or an explanation as to why this document cannot be provided.

- A current email address, phone number and physical address for Abdul Wakil Timori, in his country of residence.

- When we assess urgent humanitarian and significant public benefit reasons for parole and the exercise of discretion, we weigh positive and negative factors. For parole requests on behalf of Afghan national beneficiaries, along with all other positive and negative factors:

  - We will weigh the significant public benefit and consider parole on a case-by-case basis for individuals who were employed or volunteered in positions supporting the broader U.S. objectives in Afghanistan and who assert risk of harm due to that work. (*see* https://www.uscis.gov/humanitarian/humanitarian-parole/information-for-afghan-nationals-on-requests-to-uscis-for-parole, under "Eligibility")

  - Your application indicates that the beneficiary worked with Civil Rights & Investigation Organization for Afghanistan (COA). Please submit additional documents, including:

    - Evidence to establish dates and nature of beneficiary's employment or affiliation with the organization named above, including a detailed description of the beneficiary's duties. Such evidence may include but is not limited to: a detailed letter of recommendation or employment confirmation from the former supervisor or other human resource contact at the organization, a copy of the beneficiary's employment contract, pay stubs, or other evidence of the beneficiary's work as a civil rights activist.

    - A signed, dated statement from beneficiary describing his duties and work for the organization, as well as explaining the risk of harm, if any, the beneficiary faces because of employment or affiliation with the organization

    - Contact information for the beneficiary's supervisor or an individual who can verify employment or affiliation at Civil Rights & Investigation Organization for Afghanistan (COA), and signed, written permission to contact that individual to verify employment or affiliation may also assist USCIS in adjudicating your parole request.

    - If you are unable to provide the types of evidence described above, please include an explanation of why they are unavailable.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable. If any document cannot be provided, you must provide a written explanation.**

You may submit your response online using your myUSCIS account. You can add paper-filed applications, including your parole case, to your account to view case status and history, send secure messages, view notices, upload additional evidence, and respond to Requests for Evidence. For more information and to create or sign into your myUSCIS account, please visit my.uscis.gov. You may also submit your response by mail to the address below:

RAIO Humanitarian Affairs Branch
999 North Capitol Street, NE
Mailstop 2295
Washington, DC  20529-2295

Pursuant to 8 C.F.R. 103.2(b)(8)(iv), you are afforded 84 days from the date of this notice to respond to this request. Additionally, when USCIS serves a notice by mail, three (3) days are added to the prescribed period in which to respond. Your response is due by September 21, 2023. If you do not submit the requested evidence within the required time, your request may be denied.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. Please include a copy of this notice with your response. 8 CFR 103.2(b)(11).

If you have other questions, please visit our web site at www.uscis.gov/contactcenter.

Sincerely,

John (Wally) Bird
Branch Chief

