# EXHIBIT A

**From:** Bird, John W (Wally)
**To:** Cooper, Judith A (Judy) (CTR); Lariviere, Larocha N; Lassiter, Fiona K; MacDawutey, Eric A; Matthews, Melissa D (CTR); Naquin, Marie-line; Poli, Henry P (Hank); Rivers, Brian A (Ickis) (CTR); Amian, Rose Marie L; Hattendorf, David L; Kingsley, Leslie; Lamorey, Sarah J; Matusick, Nathan D (Nate); May, Samantha A (Sammy); Mayer, Rachel S; Pepe, Yanick; Polishuk, Richard A
**Subject:** RE: URGENT AFGHAN PAROLE CASES
**Date:** Saturday, August 14, 2021 8:54:00 AM

UPDATE: Conditions on the ground are moving very fast, so regular parole processing may not be available. Joanna Ruppel and I spoke a few minutes ago and here is our current assignment:

Hank, LaRocha and Rose are working today with me, and I would like to have a spreadsheet ready for Monday that includes the SPBP cases from State on top, followed by the rest of the open Afghan cases, We have a list of data points that need to be on the spreadsheet and LaRocha and Hank are working that now.

Ill update you soonest-

Wally

**From:** Bird, John W (Wally)
**Sent:** Saturday, August 14, 2021 8:16 AM
**To:** Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>; Cooper, Judith A (Judy) (CTR) <judith.a.cooper@uscis.dhs.gov>; Lariviere, Larocha N <larocha.n.lariviere@uscis.dhs.gov>; Lassiter, Fiona K <Fiona.Lassiter@uscis.dhs.gov>; MacDawutey, Eric A <eric.a.macdawutey@uscis.dhs.gov>; Matthews, Melissa D (CTR) <Melissa.D.Matthews@uscis.dhs.gov>; Naquin, Marie-line <Marie-line.Naquin@uscis.dhs.gov>; Poli, Henry P (Hank) <Henry.P.Poli@uscis.dhs.gov>; Rivers, Brian A (Ickis) (CTR) <brian.a.rivers@uscis.dhs.gov>; Amian, Rose Marie L <rosemarie.l.amian@uscis.dhs.gov>; Hattendorf, David L <David.L.Hattendorf@uscis.dhs.gov>; Kingsley, Leslie <leslie.kingsley@uscis.dhs.gov>; Lamorey, Sarah J <Sarah.J.Lamorey@uscis.dhs.gov>; Matusick, Nathan D (Nate) <nathan.d.matusick@uscis.dhs.gov>; May, Samantha A (Sammy) <samantha.a.may@uscis.dhs.gov>; Mayer, Rachel S <rachel.s.mayer@uscis.dhs.gov>; Pepe, Yanick <yanick.pepe@uscis.dhs.gov>; Polishuk, Richard A <Richard.A.Polishuk@uscis.dhs.gov>
**Subject:** URGENT AFGHAN PAROLE CASES

Good morning everyone,

==Late Friday afternoon we were instructed to drop everything, and focus on completing all Afghan parole cases.== As you know from the news, the situation

USCIS-0297

==is deteriorating and the embassy might evacuate at any minute. It is a crucial life and death situation for the parole beneficiaries in Afghanistan, and we need to complete these cases as soon as possible. Please stop work on everything except the Afghan cases== Our current priorities:

1. Create case files/CAMINO records for the 7 remaining State SPBP cases that came in on Friday we will assign these cases using the materials State sent to get them moving while the CAMINO records and files are being created;
2. Assign all non-assigned Afghan parole cases to Sammy, Nate, Richard, Leslie and Rachel.
3. Supervisors please coordinate with the new on boarding officers to note this priority and to hold other actions as necessary to complete the Afghan cases.
4. Track all Afghan cases- to include whether NCTC is clear, whether A files are needed (as soon as possible) and whether hits need resolution.
5. We will work under the assumption that if there are pending immigration benefits for beneficiaries, that parole would not circumvent embassy processing, given that the embassy may not be open.
6. Serve decisions and notices as soon as possible when sent to the HumanitarianParole box for service.
7. Adjudicators, please consider working overtime this week in order to complete the cases for review-

More later- And thank you

Wally

| | |
|---|---|
| From: | Bird, John W (Wally) |
| To: | Cooper, Judith A (Judy) (CTR); Lariviere, Larocha N; Lassiter, Fiona K; MacDawutey, Eric A; Matthews, Melissa D (CTR); Naquin, Marie-line; Poli, Henry P (Hank); Rivers, Brian A (Ickis) (CTR); Amian, Rose Marie L; Donnelly, Christine C; Falade, Abigail; Hattendorf, David L; Kingsley, Leslie; Lamorey, Sarah J; Libera, Anne V; Luft, Melissa A; Matusick, Nathan D (Nate); May, Samantha A (Sammy); Mayer, Rachel S; Mendoza, Riccis C (Red); Nash, Latecia C (LC); Naylor, Larissa M; Pepe, Yanick; Polishuk, Richard A; Richardson, Denisha S; Rossi, Nathaniel O; Singla, Vinay M; Stamps, Allison L |
| Cc: | Parisi, Christina C; Gray, Kathryn D |
| Subject: | AFGAN Cases |
| Date: | Tuesday, August 31, 2021 2:40:00 PM |

Greetings all-

This morning we were informed that there may be some new instructions coming to HAB regarding the processing of Afghan parole cases following the closing of operations on the ground in Kabul. (b)(5) significant operational changes are that we will no longer send daily reports requesting expedited NCTC review, or send our spreadsheet of new approved cases.

==Please continue to complete the Afghan cases that you have, as expedite parole cases, until further notice.== Supervisors, if you have any procedural, or adjudication-related questions, please send them to me to review. I will be happy to address questions tomorrow on our 10am adjudication meeting.

Overtime to adjudicate and process cases is still available for non-contract workforce, but please continue to request OT first from your supervisor, and if approved, register it on the HAB Overtime teams site.

Wally

**From:** Bird, John W (Wally)
**To:** Johnson, Bobbie L
**Cc:** Wright, Charles E
**Subject:** RE: Afghan parole - expedites
**Date:** Wednesday, September 01, 2021 11:37:38 AM

Yes Bobbie- got it- thank you
Wally

**From:** Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>
**Sent:** Wednesday, September 1, 2021 12:29 PM
**To:** Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>
**Cc:** Wright, Charles E <Charles.E.Wright@uscis.dhs.gov>
**Subject:** Afghan parole - expedites

Wally,

Please see below. D1 made the decision yesterday evening that we can no longer expedite all Afghan parole requests. The decision to expedite those cases initially was about getting people out on flights and now that the flights have ended, we need to go back to the 'normal' expedite process based on triage, not nationality.

If you have any questions, please let us know.

Thank you,

Bobbie

**From:** Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>
**Sent:** Tuesday, August 31, 2021 8:32 PM
**To:** Schoener, Sarah L <Sarah.L.Schoener@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; Villasenor, Eissa M <Eissa.M.Villasenor@uscis.dhs.gov>; Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>; Wright, Charles E <Charles.E.Wright@uscis.dhs.gov>
**Cc:** Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>
**Subject:** FW: Afghan parole - expedites

FYI. We will no longer expedite parole requests based on being an Afghan nationals in Afghanistan but will return to our regular process of expediting based on individualized circumstances.

HQ folks – we will need to work with EXA on scripts and other messaging.

Bobbie and Charles,

Please let HAB staff know.

USCIS-0312

Thanks all,

Joanna

Joanna Ruppel
Chief, International and Refugee Affairs Division
USCIS Refugee, Asylum and International Operations Directorate
Joanna.Ruppel@uscis.dhs.gov
202-256-0191 (cell)