# EXHIBIT C

Consultation with Department of Homeland Security

| | |
|---|---|
| **From:** | Ruppel, Joanna |
| **To:** | Fauquet, Brandon L; Anderson, Kathryn E; Kim, Ted H; Baran, Amanda |
| **Cc:** | EXA Clearance Distribution List; Beppu, Jennifer M; Fuentes-Rivera, Luis O; Tintary, Ruth E; Kim, Ted H; Villasenor, Eissa M; Chiorazzi, Anne; Stone, Mary M; Cutlip-Mason, Renā E; Ridley, Sasha M |
| **Subject:** | RE: S1BB - 8/26/2021 9:00 AM - Call with Senator Bob Casey - Lead Component: Draft BMS Material (Due: 8/24/2021 5:00 PM) |
| **Date:** | Tuesday, August 24, 2021 2:12:53 PM |

Hope this helps.

1. To temporarily surge staffing within USCIS for processing of humanitarian parole applications, given the anticipated delays to processing P1 and P2 applications.

   - USCIS is currently expediting requests for parole for Afghan nationals. Between January 1, 2021 and August 21, USCIS received requests to approve humanitarian parole for approximately 100 Afghan nationals and has approved just over 60. We will endeavor to ensure that we have sufficient staff assigned to parole processing to continue to expedite these requests. As soon as we have approved parole for an Afghan national, we notify the Department of State and also let the petitioner know that the Department of State will be contacting the beneficiary with further instructions. It is important that the petitioner and beneficiary ensure that both USCIS and the Department of State have the most up to date contact for the beneficiary so that the Department of State can contact the beneficiary regarding the opportunity for evacuation assistance.
   - Afghan nationals at risk who are able to leave Afghanistan and remain in a third country may be eligible to be processed for refugee processing through the U.S. Admissions Program. Those in vulnerable situations who cannot remain safely in a third country may request parole from USCIS for urgent humanitarian reasons.

Joanna Ruppel
Chief, International and Refugee Affairs Division
USCIS Refugee, Asylum and International Operations Directorate
Joanna.Ruppel@uscis.dhs.gov
202-256-0191 (cell)

(b)(6)

**From:** Fauquet, Brandon L <Brandon.L.Fauquet@uscis.dhs.gov>
**Sent:** Tuesday, August 24, 2021 1:48 PM
**To:** Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>; Anderson, Kathryn E <Kathryn.E.Anderson@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Baran, Amanda <Amanda.Baran@uscis.dhs.gov>
**Cc:** EXA Clearance Distribution List <EXAClearanceDistributionList@uscis.dhs.gov>; Beppu, Jennifer M <jennifer.m.beppu@uscis.dhs.gov>; Fuentes-Rivera, Luis O <Luis.O.Fuentes-Rivera@uscis.dhs.gov>; Tintary, Ruth E <Ruth.E.Tintary@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Villasenor, Eissa M <Eissa.M.Villasenor@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>; Cutlip-

USCIS-0299

| | |
|---|---|
| **From:** | USCIS Broadcast <USCIS-Broadcast@uscis.dhs.gov> |
| **Sent:** | Thursday, October 7, 2021 4:31 PM |
| **To:** | |
| **Subject:** | Updated: Volunteers Needed to Help Process Requests for Parole |



## Updated: Volunteers Needed to Help Process Requests for Parole

The International and Refugee Affairs Division (IRAD) in the Refugee, Asylum and International Operations Directorate seeks volunteers from across the agency to help process applications for humanitarian and significant public benefit parole. This includes an increasing number of requests for parole for Afghan nationals outside the United States and requests tied to the Executive Order on the Establishment of Interagency Task Force on the Reunification of Families. Volunteers may serve in supervisory, adjudicative or mission support roles. **Note: If you already began or submitted an application, see "How to Apply" below for updated information.**

### Who Is Eligible?

To qualify for this temporary assignment, you must:

- Have your first-line supervisor's approval;
- Be highly flexible and resilient in a rapidly changing work environment;
- Not have any disciplinary, performance or conduct issues; and
- Have adjudication, clerical or mission support experience.

### Role-Specific Requirements

- **Adjudications Officers:**
    - Have at least one year of adjudicative experience at the GS-11, 12, or 13 level with experience running TECS checks.
- **Supervisory Adjudications Officers:**
    - Have at least one year of experience reviewing adjudicative decisions while in a position at the GS-13 level or higher.
- **Support Staff:**
    - Have the ability to conduct data entry, consolidate files, request A-files, and mail notices.

USCIS-0375

## Other Specifics

Details will last four months and start as soon as the beginning of October 2021. IRAD will provide requisite training, and the training team will send instructions before the training. Voluntary overtime may also be available to those on a full-time detail. Detailees may carry out their responsibilities remotely and do not need to be based in the National Capital Region. However, the ability to report to the office is advantageous. Funds are **not** available for temporary duty travel expenses or temporary change of station costs for detailees who must be in the National Capital Region. Temporary promotions are also not available.

## How to Apply

If you are interested in volunteering for this opportunity, please ask your supervisor for their approval. Once you receive approval, visit the ROSS support site and click "Humanitarian Parole Solicitation Instructions" no later than Thursday, Oct 14. You must have a ROSS account to volunteer. If you do not already have one, click on the instructions for "Setting Up My ROSS Account" first. You will not qualify for this opportunity if you have any disciplinary, performance or conduct issues. We will contact eligible volunteers as needed, and we will provide additional information at that time.

If you have any questions about this detail opportunity, please email raio-irad-clearance@uscis.dhs.gov.

**FOR INTERNAL USE ONLY**

USCIS-0376

| | |
|---|---|
| **From:** | Ruppel, Joanna </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E4364BCF6D8645F58040FD832A29E410-RUPPEL, JOA> |
| **Sent:** | Friday, October 15, 2021 12:28 PM |
| **To:** | 'Jaddou, Ur M' <umjd1@uscis.dhs.gov>; Renaud, Tracy L <Tracy.L.Renaud@uscis.dhs.gov>; Escobar Carrillo, Felicia <Felicia.EscobarCarrillo@uscis.dhs.gov>; Baran, Amanda <Amanda.Baran@uscis.dhs.gov>; Hammill, Hunter A <Hunter.A.Hammill@uscis.dhs.gov>; Selby, Cara M (Carrie) <Cara.M.Selby@uscis.dhs.gov>; Fauquet, Brandon L <Brandon.L.Fauquet@uscis.dhs.gov>; Tabaddor, Ashley <Ashley.Tabaddor@uscis.dhs.gov>; Lafferty, John L <John.L.Lafferty@uscis.dhs.gov> |
| **Cc:** | Anderson, Kathryn E <Kathryn.E.Anderson@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov> |
| **Subject:** | RE: Afghan parole updates |

Sadly, the analysis of the volunteer data just in is different than the initial pass. We continue to analyze and will provide an update once complete, but there were about 319 total volunteers (adjudicators, supervisors, and support) and, of those 285 from RAIO. Given asylum and refugee processing demands, that may be problematic. Correction below.

Joanna

Joanna Ruppel

Chief, International and Refugee Affairs Division

USCIS Refugee, Asylum and International Operations Directorate

Joanna.Ruppel@uscis.dhs.gov

202-256-0191 (cell)

**From:** Ruppel, Joanna
**Sent:** Friday, October 15, 2021 11:01 AM
**To:** Jaddou, Ur M <umjd1@uscis.dhs.gov>; Renaud, Tracy L <Tracy.L.Renaud@uscis.dhs.gov>; Escobar Carrillo, Felicia <Felicia.EscobarCarrillo@uscis.dhs.gov>; Baran, Amanda <Amanda.Baran@uscis.dhs.gov>; Hammill, Hunter A <Hunter.A.Hammill@uscis.dhs.gov>; Selby, Cara M (Carrie) <Cara.M.Selby@uscis.dhs.gov>; Fauquet, Brandon L <Brandon.L.Fauquet@uscis.dhs.gov>; Tabaddor, Ashley <Ashley.Tabaddor@uscis.dhs.gov>; Lafferty, John L <John.L.Lafferty@uscis.dhs.gov>
**Cc:** Anderson, Kathryn E <Kathryn.E.Anderson@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>
**Subject:** Afghan parole updates

USCIS-0377

Good morning. This is just to provide you an update on IRAD's efforts to address the influx of requests for parole for Afghan nationals and see if there are any concerns about current approach.

1. Workload:
   a. Volume continues to be extremely high, with about 1,700 accepted on a single day - 10/12/21 – which is similar to the amount IRAD has received in an entire year. Based on analysis of a subset of cases we have been able to put into our case management system, CAMINO, the vast majority of beneficiaries are in Afghanistan.
   b. Other than government request paroles and urgent requests for those outside of Afghanistan, IRAD has not been completing adjudication on Afghan parole requests pending completion of guidance for adjudicators.
   c. The majority of parole applications are not yet in any case management system. We received too many to manually input them into CAMINO and of the over 16,000 applications received fewer than 800 are in CAMINO. IRAD is working with OIT to expeditiously develop ELIS to be able to ingest all the pending parole applications, eliminating the need for manual data entry, and we will being working them in ELIS. Thank you OIT!!!
   d. We have received an outpouring of interest from the detail solicitation, but the vast majority from within RAIO. Of about 319 volunteers, 285 were from RAIO. At the current rate of receipts, we would need over 500 *adjudication officers* to keep up – more to address the pending workload of over 16,000. However, we intend to begin with 50-60 adjudication officer detailees, along with 15-20 supervisors, and 20-30 support staff. We will monitor and determine whether we need to do a second wave of detailees.
2. Guidance:
   a. IRAD has drafted an SOP for adjudicators that provides how to apply our parole analytic framework in the context of the Afghan situation. We will be circulating it with OP&S and OCC at the working level, then will run by the front office so USCIS leadership can weigh in on the approach. **We need the guidance no later than October 22, as training is scheduled to begin October 26.**
   b. **Resettlement Support and Sponsorship:** IRAD is in discussions with DOS/PRM on how USCIS approved parolees will be able to access resettlement benefits. We intend to continue to require sponsors for USCIS approved parolees, to help beneficiaries once in the U.S. and connect them with Resettlement Agencies, but we will take into account availability of resettlement benefits in assessing financial support. Basically, we will just need for them to commit to support the beneficiaries until they can get resettlement assistance.
   c. **Vaccination and Medical Screening:** IRAD met with CCD. Given the anticipated circumstances of most Afghan nationals eligible for USCIS parole who will not have ready access to vaccines and may be in too vulnerable situations to get the vaccines and medical screenings, DPP

   **DPP**

   d. **Vetting:** IRAD continues to use same vetting partners for parole beneficiaries as used for OAW. It is manual process that is not great for high volume. We are pushing to have the USCIS parole requests incorporated into the process being established for NVC vetting being done for OAW evacuees who are re-enrolled at the bases. We understand that should be turned on soon and will be asking interagency support to incorporate the USCIS parole cases into that process.
3. Outreach:
   a. IRAD and EXA are coordinating on a stakeholder engagement the first week of November.
   b. IRAD has participated in two Hill briefings to address parole issues, as well as two stakeholder meetings for NGOs and representatives supporting Afghans to explain the parole process and considerations.
   c. IRAD will work with EXA to update web content with much more specific guidance on the process and processing time to manage expectations.

USCIS-0378

4. Afghan parole program:
   a. As we continue to get questions and recommendations to establish an Afghan parole program,



Please let me know if you have any questions/concerns.

Joanna

Joanna Ruppel

Chief, International and Refugee Affairs Division

USCIS Refugee, Asylum and International Operations Directorate

Joanna.Ruppel@uscis.dhs.gov

202-256-0191 (cell)

USCIS-0379