# EXHIBIT D

Consultation with Department of Homeland Security

(b)(6)

**From:** Fauquet, Brandon L <Brandon.L.Fauquet@uscis.dhs.gov>
**Sent:** Tuesday, August 24, 2021 11:57 AM
**To:** Anderson, Kathryn E <Kathryn.E.Anderson@uscis.dhs.gov>; Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Baran, Amanda <Amanda.Baran@uscis.dhs.gov>
**Cc:** EXA Clearance Distribution List <EXAClearanceDistributionList@uscis.dhs.gov>; Beppu, Jennifer M <jennifer.m.beppu@uscis.dhs.gov>; Fuentes-Rivera, Luis O <Luis.O.Fuentes-Rivera@uscis.dhs.gov>; Tintary, Ruth E <Ruth.E.Tintary@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Villasenor, Eissa M <Eissa.M.Villasenor@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>; Cutlip-Mason, Renà E <Rena.E.Cutlip-Mason@uscis.dhs.gov>; Ridley, Sasha M <sasha.m.ridley@uscis.dhs.gov>
**Subject:** RE: S1BB - 8/26/2021 9:00 AM - Call with Senator Bob Casey - Lead Component: Draft BMS Material (Due: 8/24/2021 5:00 PM)

Thanks Kathryn, and FYSA the S1 call with Sen. Casey was now moved to tomorrow so we'll just use this email as the tasking to get something back to DHS OLA as soon as we can.

==Re: the parole fee exemption, they are looking for an approved parole from USCIS to be their ticket to be evacuated.==

Brandon Fauquet
Acting Chief
Office of Legislative Affairs
U.S. Citizenship and Immigration Services
202-255-6803 cell

(b)(6)

**From:** Anderson, Kathryn E <Kathryn.E.Anderson@uscis.dhs.gov>
**Sent:** Tuesday, August 24, 2021 11:22 AM
**To:** Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>; Fauquet, Brandon L <Brandon.L.Fauquet@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Baran, Amanda <Amanda.Baran@uscis.dhs.gov>
**Cc:** EXA Clearance Distribution List <EXAClearanceDistributionList@uscis.dhs.gov>; Beppu, Jennifer M <jennifer.m.beppu@uscis.dhs.gov>; Fuentes-Rivera, Luis O <Luis.O.Fuentes-Rivera@uscis.dhs.gov>; Tintary, Ruth E <Ruth.E.Tintary@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Villasenor, Eissa M <Eissa.M.Villasenor@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>; Cutlip-Mason, Renà E <Rena.E.Cutlip-Mason@uscis.dhs.gov>; Ridley, Sasha M <sasha.m.ridley@uscis.dhs.gov>
**Subject:** RE: S1BB - 8/26/2021 9:00 AM - Call with Senator Bob Casey - Lead Component: Draft BMS Material (Due: 8/24/2021 5:00 PM)

We can provide some TPs on TPS. Adding Rena and Sasha to draft and send a few. I think we can 1) simply highlight the statutory criteria for TPS, 2) note that we're closely watching the situation to determine whether TPS may be an appropriate form of relief, and 3) highlight that a TPS designation

Consultation with Department of Homeland Security

(b)(5) made following the evacuation would provide coverage to more people than if it were done now and also note that we expect many Afghans here to be eligible for asylum status. Rena/Sasha, can you write those ideas up into coherent talking points? I'd also provide as background for S1 but not to be shared publicly the information we obtained from OIS regarding the number of Afghans that were here (prior to the evacuation).

(b)(5) On the fee exemption for parole requests, so far I think we've been providing fee exemptions to those who have been part of the evacuation (e.g., SIV and EADs for parolees). If we expand to exempt parole requests for those who have not been evacuated, **DPP**
**DPP**
**DPP**

(b)(6) **From:** Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>
**Sent:** Tuesday, August 24, 2021 11:06 AM
**To:** Fauquet, Brandon L <Brandon.L.Fauquet@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Baran, Amanda <Amanda.Baran@uscis.dhs.gov>; Anderson, Kathryn E <Kathryn.E.Anderson@uscis.dhs.gov>
**Cc:** EXA Clearance Distribution List <EXAClearanceDistributionList@uscis.dhs.gov>; Beppu, Jennifer M <jennifer.m.beppu@uscis.dhs.gov>; Fuentes-Rivera, Luis O <Luis.O.Fuentes-Rivera@uscis.dhs.gov>; Tintary, Ruth E <Ruth.E.Tintary@uscis.dhs.gov>; Kim, Ted H <Ted.H.Kim@uscis.dhs.gov>; Villasenor, Eissa M <Eissa.M.Villasenor@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>
**Subject:** RE: S1BB - 8/26/2021 9:00 AM - Call with Senator Bob Casey - Lead Component: Draft BMS Material (Due: 8/24/2021 5:00 PM)

Thanks. Adding some others for the heads-up on parole requests.

(b)(5) We will work on something. **DPP** **DPP** but we have not seen a surge in applications. We will endeavor to ensure that our staff available for processing parole requests for Afghans is able to keep up with receipts that come in. Though we may need a steer from the front office in terms of priorities and surging resources, which means pulling from one location to another. But they will be able to review our talking points as they go through clearance.

We have not requested D1 to provide a fee exemption for parole requests for Afghan nationals and I welcome the thoughts from OP&S on that.

Joanna

Joanna Ruppel
Chief, International and Refugee Affairs Division
USCIS Refugee, Asylum and International Operations Directorate
(b)(6) Joanna.Ruppel@uscis.dhs.gov
202-256-0191 (cell)

USCIS-0302

have also attached here the fee exemption memo I wrote for the family reunification parole program. Happy to discuss if you want. Thanks, Rená

Rená E. Cutlip-Mason (she/her)
Phone (cell):
Email:

(b)(6)

**From:** Ludeking, Mark J (Luda)
**Sent:** Monday, September 13, 2021 11:52 AM
**To:** Gonzalez, Wendy M                    ; Phillips, R M (Mark)             ; Cutlip-Mason, Rená E             ; Strano, Andria J
**Subject:** Update to fee exemptions for Afghans (I-765 and I-131) and larger fee waiver guidance options

Hi RND and HAD,

Amanda and Kathryn would like OP&S to take the lead on two items. The first is an immediate request. The second may require some more time to vet out.

1. The purpose of the update would be to update the exemption memo attached to include a broader group of Afghan parolees including those that were NOT evacuated for the I-765 exemption as well as to add the I-131 to forms eligible for fee exemption.
   - Some of the Afghan parolees will be arriving on charter flights and currently would not be eligible for the exemption given the language about being "evacuated."
   - Leadership would also like us to exempt the I-131 fee for Afghan nationals that may be seek humanitarian parole. They were flexible about timeframe to have the exemption in place (seek out operational input), but thought that one year from publication made sense.

2. (b)(5)

Please let me know the individual SMEs you identify from your teams to work these two items. I will make myself available to help to answer any clarifying questions. #1 is a top priority.

Thank you,

**Mark Ludeking (Luda), PMP**
Special Assistant (Detail)
Office of Policy and Strategy

(b)(6)

**From:** Cutlip-Mason, Rená E
**To:** Earnhardt, Eileen C; Rasayon, Judnefera A; Ezeldin, Amany S
**Subject:** RE: Update to fee exemptions for Afghans (I-765 and I-131) and larger fee waiver guidance options
**Date:** Tuesday, September 14, 2021 9:32:29 AM
**Attachments:** image001.png

Thank you all for your hard work on the fee exemption memo! I reviewed and made some minor suggestions. Eileen and Judnefera, could you take a quick look to clean up this draft and then circulate to the internal OP&S Afghan WG?

Thanks!

Rená E. Cutlip-Mason (she/her)
Phone (cell):
Email:

(b)(6)

**From:** Earnhardt, Eileen C
**Sent:** Monday, September 13, 2021 5:24 PM
**To:** Rasayon, Judnefera A                ; Cutlip-Mason, Rená E
            ; Ezeldin, Amany S
**Subject:** RE: Update to fee exemptions for Afghans (I-765 and I-131) and larger fee waiver guidance options

Hi Rená, the draft is available at this link   Updated Memo_Request for Fee Exemption for Afghan Parolees.docx. We have a couple of comments flagged for reviewers. I also wanted to check if you're aware whether there's a need for a time limit to be included in this draft. The email from Mark references a time limit on the I-131s, but as you know we did not ultimately include that exemption. Please let me know if you have any feedback on the draft before it goes back to Mark. I am signing off shortly but will be able to check in on email later this evening.

**From:** Rasayon, Judnefera A
**Sent:** Monday, September 13, 2021 4:05 PM
**To:** Earnhardt, Eileen C                ; Cutlip-Mason, Rená E
            ; Ezeldin, Amany S
**Subject:** RE: Update to fee exemptions for Afghans (I-765 and I-131) and larger fee waiver guidance options

(b)(6)

Thanks Eileen! I was able to open it up and can edit.

**From:** Earnhardt, Eileen C
**Sent:** Monday, September 13, 2021 4:03 PM
**To:** Rasayon, Judnefera A                ; Cutlip-Mason, Rená E
            ; Ezeldin, Amany S
**Subject:** RE: Update to fee exemptions for Afghans (I-765 and I-131) and larger fee waiver guidance options

(b)(6)