# EXHIBIT E

| | |
|---|---|
| **From:** | Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov> |
| **Sent:** | Tuesday, September 7, 2021 12:47 PM |
| **To:** | Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>; Wright, Charles E <Charles.E.Wright@uscis.dhs.gov> |
| **Cc:** | Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; On, Dung B <dung.b.on@uscis.dhs.gov>; Schoener, Sarah L <Sarah.L.Schoener@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov> |
| **Subject:** | RE: parole requests for Afghan nationals |
| **Attach:** | Afghan Parole Case Analysis 090321 Bird JR.docx |

Thanks for this, Wally. Just a few comments in the attached.


Joanna Ruppel

Chief, International and Refugee Affairs Division

USCIS Refugee, Asylum and International Operations Directorate

Joanna.Ruppel@uscis.dhs.gov

202-256-0191 (cell)


**From:** Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>
**Sent:** Tuesday, September 7, 2021 8:36 AM
**To:** Wright, Charles E <Charles.E.Wright@uscis.dhs.gov>; Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>
**Cc:** Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; On, Dung B <dung.b.on@uscis.dhs.gov>; Schoener, Sarah L <Sarah.L.Schoener@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>
**Subject:** RE: parole requests for Afghan nationals


FYI, we have a number of State Afghan cases that are pending. We will also hold these unless advised to go forward. Attached is a paper I sent up on Friday that has some specific Afghan adjudication issues.


Wally

**From:** Wright, Charles E <Charles.E.Wright@uscis.dhs.gov>
**Sent:** Tuesday, September 7, 2021 8:32 AM
**To:** Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>
**Cc:** Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>; Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; On, Dung B <dung.b.on@uscis.dhs.gov>; Schoener, Sarah L <Sarah.L.Schoener@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>
**Subject:** RE: parole requests for Afghan nationals

Will do.

**From:** Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov>
**Sent:** Tuesday, September 7, 2021 8:29 AM
**To:** Wright, Charles E <Charles.E.Wright@uscis.dhs.gov>
**Cc:** Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>; Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; On, Dung B <dung.b.on@uscis.dhs.gov>; Schoener, Sarah L <Sarah.L.Schoener@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov>
**Subject:** parole requests for Afghan nationals

Charles,

Could you please ask staff to temporarily hold off on issuing any decisions for Afghan nationals seeking parole? But flag for me any case that is super urgent.

We are going to need to revise the approval letter and I need to provide D1 with some examples of the types of requests we are seeking to assess whether any additional guidance needs to be provided to adjudicators. In addition, we are reviewing how to get the appropriate vetting completed now that we cannot use the vetting employed for the evacuees.

Depending on how long this all will take, I may request that the CAMINO team put them all on hold and stop the clock. Will let you know once I have a better sense of timing.

We can discuss this further when we meet later today.

USCIS-0341

Joanna

Joanna Ruppel

Chief, International and Refugee Affairs Division

USCIS Refugee, Asylum and International Operations Directorate

Joanna.Ruppel@uscis.dhs.gov

202-256-0191 (cell)

Page 1 of 1  9/3/21 Bird/HAB Request for Guidance on Afghan Parole Applications

Afghan Parole Case Analysis, Request for Guidance

Due to the NEO operations during the last weeks of August, HAB adjusted the weighing of certain factors to meet the significant public benefit of moving approvable Afghan parole cases forward. During the evacuation phase, ending on August 31, HAB weighed the evacuation process heavily, against some traditional evidentiary requirements, and expedited all Afghan cases for NCTC review, producing a data-rich spreadsheet each day to provide US operations on the ground in Kabul with information that would help summon individuals to the airport for evacuation. Some of the factors that were adjusted to allow this emergent processing:

1. Waiving the requirement that parole not circumvent normal immigration processing
2. Waiving the need for Afghan passport information when passports were not available, and emailing petitioners and counsel directly to ascertain whether passports were available, in lieu of the traditional RFE process du to time urgency.
3. Weighing SPBP evacuation issues against traditional protection evidentiary requirements, not requiring third party evidence be submitted to determine whether protection, and not requiring that beneficiaries avail themselves of refugee protection where available.
4. Expediting the review of all Afghan cases above other cases and submitting daily NCTC expedite requests to FDNS.

**Commented [RJ1]:** I saw this a little differently. COI was pretty strong to support evidence of risk for those closely associated with the USG and certain other categories and also no refugee protection was available, so don't see this as being waived.

Starting on August 30, HAB was advised to return to an expedite on a case by case basis, rather than based on Afghan nationality, and to stand down on NCTC expedite requests and the production of approval spreadsheets each day.

Currently Afghan applications are arriving at an abnormally high rate, and in addition we are receiving numerous inquiries requesting expedited adjudication. We received 177 cases on Tuesday, and on Thursday, 10 boxes of cases averaging 10-30 cases in each box. It will take some time to enter these cases to ascertain through CAMINO the full caseload that we are handling, but we anecdotally know that most of these new cases involve Afghan beneficiaries.

Some of the factors that are significant issues that affect analysis for regular parole SOP adjudication:

**Commented [RJ2]:** Yes, good summary below. These are all issues we are working through and discussing with leadership. For now, we should pause adjudication until we can provide more guidance to adjudicators given that the U.S. military assisted evacuation has ended.

1. For Afghans in Afghanistan there is no consular operation that issues parole foils.
2. Due to the lack of consular processing, there is no opportunity to obtain visas, so in-country beneficiaries cannot avail themselves of regular immigration or visa processing
3. Most claims that we are seeing are protection related. We are not clear on how we should weigh protection on an on-going basis, and how to consider the weight of 3rd party credible evidence that supports parole on a protection basis.
4. We need to understand the current SPBP weight, given public interest in providing an option for Afghans to leave Afghanistan- considering on-going family relationships with people in the United States, pending or approved SIV applications, affiliations with the US government and or US or international NGOs.
5. Given security concerns, are there new procedures relating to Afghan approvals that are being implemented?

USCIS-0343

| | |
|---|---|
| **From:** | Ruppel, Joanna <Joanna.Ruppel@uscis.dhs.gov> |
| **Sent:** | Tuesday, September 7, 2021 8:29 AM |
| **To:** | Wright, Charles E <Charles.E.Wright@uscis.dhs.gov> |
| **Cc:** | Bird, John W (Wally) <john.w.bird@uscis.dhs.gov>; Johnson, Bobbie L <Bobbie.L.Johnson@uscis.dhs.gov>; Chiorazzi, Anne <Anne.Chiorazzi@uscis.dhs.gov>; On, Dung B <dung.b.on@uscis.dhs.gov>; Schoener, Sarah L <Sarah.L.Schoener@uscis.dhs.gov>; Stone, Mary M <Mary.M.Stone@uscis.dhs.gov> |
| **Subject:** | parole requests for Afghan nationals |

Charles,

==Could you please ask staff to temporarily hold off on issuing any decisions for Afghan nationals seeking parole? But flag for me any case that is super urgent.==

We are going to need to revise the approval letter and I need to provide D1 with some examples of the types of requests we are seeking to assess whether any additional guidance needs to be provided to adjudicators. In addition, we are reviewing how to get the appropriate vetting completed now that we cannot use the vetting employed for the evacuees.

==Depending on how long this all will take, I may request that the CAMINO team put them all on hold and stop the clock. Will let you know once I have a better sense of timing.==

We can discuss this further when we meet later today.

Joanna

Joanna Ruppel

Chief, International and Refugee Affairs Division

USCIS Refugee, Asylum and International Operations Directorate

Joanna.Ruppel@uscis.dhs.gov

202-256-0191 (cell)

USCIS-0344

| | |
|---|---|
| From: | Bird, John W (Wally) |
| To: | Cooper, Judith A (Judy) (CTR); Lariviere, Larocha N; Lassiter, Fiona K; MacDawutey, Eric A; Matthews, Melissa D (CTR); Naquin, Marie-line; Poli, Henry P (Hank); Rivers, Brian A (Ickis) (CTR); Amian, Rose Marie L; Donnelly, Christine C; Falade, Abigail; Hattendorf, David L; Kingsley, Leslie; Lamorey, Sarah J; Libera, Anne V; Luft, Melissa A; Matusick, Nathan D (Nate); May, Samantha A (Sammy); Mayer, Rachel S; Mendoza, Riccis C (Red); Nash, Latecia C (LC); Naylor, Larissa M; Pepe, Yanick; Polishuk, Richard A; Richardson, Denisha S; Rossi, Nathaniel Q; Singla, Vinay M; Stamps, Allison L |
| Cc: | Wright, Charles E |
| Subject: | RE: URGENT ALL HAB STAFF- HOLD DECISIONS on AFGHAN CASES |
| Date: | Friday, September 10, 2021 11:11:37 AM |

==Please note that this hold is still operative for now. I caught a case going out this afternoon and asked State to hold issuing the final travel document. Please do NOT send final approvals or denials of Afghan cases at this time until we advise you to do so.==

Thank you

Wally

From: Bird, John W (Wally)
Sent: Tuesday, September 7, 2021 8:49 AM
To: Cooper, Judith A (Judy) (CTR) <judith.a.cooper@uscis.dhs.gov>; Lariviere, Larocha N <larocha.n.lariviere@uscis.dhs.gov>; Lassiter, Fiona K <Fiona.Lassiter@uscis.dhs.gov>; MacDawutey, Eric A <eric.a.macdawutey@uscis.dhs.gov>; Matthews, Melissa D (CTR) <Melissa.D.Matthews@uscis.dhs.gov>; Naquin, Marie-line <Marie-line.Naquin@uscis.dhs.gov>; Poli, Henry P (Hank) <Henry.P.Poli@uscis.dhs.gov>; Rivers, Brian A (Ickis) (CTR) <brian.a.rivers@uscis.dhs.gov>; Amian, Rose Marie L <rosemarie.l.amian@uscis.dhs.gov>; Donnelly, Christine C <Christine.C.Donnelly@uscis.dhs.gov>; Falade, Abigail <Abigail.Falade@uscis.dhs.gov>; Hattendorf, David L <David.L.Hattendorf@uscis.dhs.gov>; Kingsley, Leslie <leslie.kingsley@uscis.dhs.gov>; Lamorey, Sarah J <Sarah.J.Lamorey@uscis.dhs.gov>; Libera, Anne V <anne.v.libera@uscis.dhs.gov>; Luft, Melissa A <melissa.a.luft@uscis.dhs.gov>; Matusick, Nathan D (Nate) <nathan.d.matusick@uscis.dhs.gov>; May, Samantha A (Sammy) <samantha.a.may@uscis.dhs.gov>; Mayer, Rachel S <rachel.s.mayer@uscis.dhs.gov>; Mendoza, Riccis C (Red) <riccis.c.mendoza@uscis.dhs.gov>; Nash, Latecia C (LC) <latecia.c.nash@uscis.dhs.gov>; Naylor, Larissa M <larissa.m.naylor@uscis.dhs.gov>; Pepe, Yanick <yanick.pepe@uscis.dhs.gov>; Polishuk, Richard A <Richard.A.Polishuk@uscis.dhs.gov>; Richardson, Denisha S <denisha.s.richardson@uscis.dhs.gov>; Rossi, Nathaniel Q <nathaniel.q.rossi@uscis.dhs.gov>; Singla, Vinay M <Vinay.M.Singla@uscis.dhs.gov>; Stamps, Allison L <allison.l.stamps@uscis.dhs.gov>
Cc: Wright, Charles E <Charles.E.Wright@uscis.dhs.gov>
Subject: URGENT ALL HAB STAFF- HOLD DECISIONS on AFGHAN CASES

Good morning everyone,

USCIS-0350

==We are advised this morning to hold all decisions on Afghan parole cases. Please do NOT send Afghan parole cases (I131 or State SPBP) to the administrative staff for delivery, and administrative staff, if you have Afghan cases pending sending out any notices, please hold them and do not send by mail or email. Please continue to accept Afghan cases that are filed, and create CAMINO records.==

This hold only applies to Afghan cases.

Please let me know if you have any questions.

Thank you

Wally