# EXHIBIT J



U.S. Department of Homeland Security

# Fact Sheet: Data From First Six Months of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans Shows That Lawful Pathways Work

**Release Date:** July 25, 2023

En español

Data from the first six months from January to June of parole processes for Cubans, Haitians, Nicaraguans, and Venezuelans shows that the Biden-Harris Administration's commitment to expanding lawful pathways as an alternative to irregular migration has yielded positive results. The parole processes announced by President Biden on January 5th (https://www.whitehouse.gov/briefing-room/statements-releases/2023/01/05/fact-sheet-biden-harris-administration-announces-new-border-enforcement-actions/), building upon the successful parole process established for Venezuelans in October 2022, has significantly reduced irregular migration and denied smugglers the opportunity to exploit nearly 160,000 individuals who have instead benefitted from safe, orderly and humane pathways. Since these processes and new enforcement measures began, unlawful encounters at the Southwest Border of individuals from these countries have reduced from a seven-day average of 3,453 encounters in mid-December, to a seven-day average of 394 at the end of June, an 89 percent drop.

## Lawful Pathways Work

- Up to 30,000 individuals per month from Cuba, Haiti, Nicaragua, and Venezuela (CHNV) who have a U.S.-based financial supporter, pass vetting and background checks, and meet other established criteria, may be eligible to come to the United States for a period of two years and receive work authorization.
- Through the end of June 2023, nearly 160,000 Cubans, Haitians, Nicaraguans, and Venezuelans had arrived lawfully under the parole processes. This includes:
  - More than 38,000 Cubans have been vetted and approved for travel, and more than 35,000 have arrived.
  - More than 63,000 Haitians have been vetted and approved for travel and more than 50,000 have arrived.
  - More than 29,500 Nicaraguans have been vetted and approved for travel, and nearly 21,500 have arrived.
  - More than 58,000 Venezuelans have been approved and more than 48,500 have arrived.
- Potential supporters must submit a Form I-134A, Online Request to be a Supporter and Declaration of Financial Support, on behalf of eligible CHNV nationals at uscis.gov/CHNV (http://www.uscis.gov/chnv).
- Individual supporters and representatives of organizations seeking to apply as supporters must have a lawful presence in the U.S., declare their financial support for the duration of the beneficiary's parole period, and pass security background checks to protect against exploitation and abuse.

## There are Consequences to Irregular Migration

- Smugglers lie to migrants, withholding information about the dangers of crossing the Darien, the dangers of extreme heat, and the consequences of trying to cross into the United States illegally.
- Individuals who irregularly cross into Panama, Mexico, or the United States after May 11, 2023 are ineligible for the parole process.
- Under U.S. immigration laws, consequences include a minimum 5 year bar on re-entry, losing eligibility for lawful pathways, and prosecution for repeat offenders.
- Mexico accepts returns of up to 30,000 CHNV nationals who fail to use these lawful pathways per month.
- Children under the age of 18 traveling without their parent or legal guardian are not eligible for advance authorization to travel or parole under these processes.
- Cubans or Haitians who have been interdicted at sea after April 27, 2023 are ineligible for these processes.

## DHS is Calling on Partners to Help Migrants Avoid Exploitation

- Details for potential supporters to submit a Form I-134A, are available at uscis.gov/CHNV (http://www.uscis.gov/chnv).
- There are no fees to be a supporter or a beneficiary for parole processes. See uscis.gov/avoid-scams for more information.

- More information on protection and other lawful pathways can be found on movilidadsegura.org (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fmovilidadsegura.org%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2023%2F07%2F25%2Ffact-sheet-data-first-six-months-parole-processes-cubans-haitians-nicaraguans-and) .
- Roughly half of the monthly total considered for parole processes are selected regardless of filing date, from all of the pending forms submitted for review. The other half of the monthly total is selected based on when the case was submitted under the first-in, first-out method, which prioritizes the oldest Forms I-134A for review. This is intended to maintain a meaningful and equitable opportunity for all who have a sponsor and are awaiting travel authorization through the process.

## More information about the process is available in:

- English (https://www.uscis.gov/sites/default/files/document/flyers/Process-for-Cubans-Haitians-Nicaraguans-and-Venezuelans-Flyer.pdf)
- Spanish (https://www.uscis.gov/sites/default/files/document/flyers/Process-for-Cubans-Haitians-Nicaraguans-and-Venezuelans-Flyer-Spanish.pdf)
- Creole (https://www.uscis.gov/sites/default/files/document/flyers/Process-for-Cubans-Haitians-Nicaraguans-and-Venezuelans-Flyer-Haitian-Creole.pdf)

### Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)    CITIZENSHIP AND IMMIGRATION SERVICES (/TOPICS/CITIZENSHIP-AND-IMMIGRATION-SERVICES)

### Keywords

IMMIGRATION (/KEYWORDS/IMMIGRATION)    IMMIGRATION REFORM (/KEYWORDS/IMMIGRATION-REFORM)    IMMIGRATION STATISTICS (/KEYWORDS/IMMIGRATION-STATISTICS)

MIGRATION (/KEYWORDS/MIGRATION)    SOUTHWEST BORDER (/KEYWORDS/SOUTHWEST-BORDER)

SOUTHWEST BORDER COORDINATION CENTER (SBCC) (/KEYWORDS/SOUTHWEST-BORDER-COORDINATION-CENTER-SBCC)

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) (/KEYWORDS/US-CITIZENSHIP-AND-IMMIGRATION-SERVICES-USCIS)

WESTERN HEMISPHERE STRATEGY (/KEYWORDS/WESTERN-HEMISPHERE-STRATEGY)

Last Updated: 07/25/2023