IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLEY LAMARCHE, *et. al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et. al.*,<br><br>    Defendants. | Case No: 3:23-CV-30029-MGM |

## DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that Kristi Noem, Secretary, U.S. Department of Homeland Security ("DHS") and Angelica Alfonso-Royals, Acting Director, U.S. Citizenship and Immigration Services ("USCIS") (hereinafter "Defendants"), will move for dismissal of this action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Defendants' motion is based on: this Notice and Motion, Defendants' Memorandum of Reasons, all pleadings, records, and other documents on file in this action, and upon such further argument as may be presented at or before a hearing on this motion. For the reasons stated in the attached brief, the Court should therefore **GRANT** the Motion to Dismiss.

Pursuant to L.R. 7.1, Defendants conferred with Plaintiffs regarding this motion, and Plaintiffs oppose the motion. Plaintiffs, however, agreed to voluntarily dismiss Count III of the First Amended Complaint and the following Plaintiffs: Lesley LaMarche, Latifa Rahimi, Sona Rahimi, Fazal Ahmad Fazli, Engeel Fazli, Mohammad Riaz Fasli, Mohammad Soman Fazli, Mohammad Subhan Fazli, Nabia Fazli, Farida Tahiry, Nasrullah Taheri, Aqila Sharafyar, Eqlima Tahiry, Najma Tahiry, Mohammad R. Tahiry, and Asila Taheri.

1

| | |
|---|---|
| Dated: May 30, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation |
| | YAMILETH G. DAVILA<br>Assistant Director |
| | DAVID J. BYERLEY<br>ERHAN BEDESTANI<br>Trial Attorneys |
| | */s/ Jaime A. Scott*<br>JAIME A. SCOTT (DC Bar # 90027182)<br>Trial Attorney<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Washington D.C. 20044<br>Tel: 202-305-3620<br>Email: Jaime.A.Scott@usdoj.gov |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on May 30, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               Respectfully Submitted,

                                               */s/ Jaime A. Scott*
                                               JAIME A. SCOTT
                                             Trial Attorney
                                             Department of Justice
                                             Office of Immigration Litigation

                                             *Attorney for Defendants*