IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLEY LAMARCHE, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et. al.*, <br><br> Defendants. | Case No: 3:23-CV-30029-MGM |

**[PROPOSED] ORDER**

UPON consideration of Defendants' Motion to Dismiss, it is hereby **ORDERED** that the Motion to Dismiss be **GRANTED** with prejudice.

**IT IS SO ORDERED.**


Dated: _____                    _____
                                          HON. MARK G. MASTROIANNI
                                          United States District Judge