IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLEY LAMARCHE, *et al.*,<br><br>　Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>　Defendants. | Case No. 3:23-CV-30029-MGM |

**NOTICE OF VOLUNTARY DISMISSAL**

COME NOW, in accordance with Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, all Plaintiffs named herein, by and through undersigned counsel, and hereby dismiss the above-captioned action in its entirety without prejudice as to all claims, causes of action, and Parties, with each Party bearing its own attorney's fees and costs to date.

Dated:  July 18, 2025

Respectfully submitted,

*/s/ Jennifer Coberly*
JENNIFER R. COBERLY
Fla. Bar No. 930466
AMERICAN IMMIGRATION
LAWYERS ASSOCIATION
1331 G Street NW
Washington, DC 20005
Tel:  202-507-7692
Email: jcoberly@aila.org

*/s/ Christopher W. Dempsey*
CHRISTOPHER W. DEMPSEY
Fla. Bar No. 1038319
DEMPSEY LAW, PLLC
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tele: 904-760-6272
Fax:  904-587-0372
Email:  chris@cdempseylaw.com
Web:  www.cdempseylaw.com

| | |
|---|---|
| /s/ Brian Green<br>BRIAN GREEN<br>Colo. Bar. No. 56087<br>LAW OFFICE OF BRIAN GREEN<br>9609 S University Boulevard, #630084<br>Highlands Ranch, CO 80130<br>Tele: 443-799-4225<br>Email: BrianGreen@greenUSimmigration.com<br>Web: www.greenUSimmigration.com | /s/ Aleksandra Peryeva<br>ALEKSANDRA PERYEVA<br>(BBO #4823589)<br>CURRAN, BERGER & KLUDT<br>79 Masonic Street<br>Northampton, MA 01079<br>Tele: 413-584-3232<br>Email: ap@cbkimmigration.com<br>Web: www.cbkimmigration.com |
| /s/ Jesse Bless<br>JESSE BLESS<br>BLESS LITIGATION, LLC<br>(BBO #660713)<br>6 Vineyard Lane<br>Georgetown, MA 01833<br>Tele: 781-704-3897<br>Email: jesse@blesslitigation.com<br>Web: www.blesslitigation.com | /s/ Sabrina Damast<br>SABRINA DAMAST<br>LAW OFFICES OF SABRINA DAMAST, INC.<br>510 West 6th Street, Suite 330<br>Los Angeles, CA 90014<br>Tele: 323-475-8716<br>Email: sabrina@sabrinadamast.com<br>Web: www.sabrinadamast.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
*Counsel for Plaintiffs*